UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**RODNEY LANCASTER,**
3326 Claridge Court
Silver Spring, Maryland 20902

INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

*Plaintiff,*

Civil Action No. _____

v.

**COMPUTER SCIENCES
CORPORATION**
3110 Fairview Park Drive
Falls Church, Virginia 22042

**JURY TRIAL DEMANDED**

**Serve on:**
 CT Corporation System
 1015 15th Street N.W., Suite 1000

Washington, D.C., 20005

*Defendant.*

§ § § § § § § § § § § § § § § § § § § § § §

## PLAINTIFF'S DISCLOSURE OF EXPERT TESTIMONY

Plaintiff hereby designates the following expert witnesses:

**A.    Experts Name and Contract Information**

> Brady Edwards
> EDWARDS BURNS & KRIDER LLP
> 1000 Louisiana, Suite 1300
> Houston, Texas 77002
> (713) 339-3233
> (713) 339-2233 (facsimile)

Mr. Edwards may testify as to the reasonableness, necessity, and amount of attorneys'
fees in this case.

**B.**    **Data or other information considered by the witness in forming his opinion, and any exhibits to be used as a summary of or support of the opinions**

*See* the filings and documents exchanged in this matter.

**C.**    **Compensation to be paid for the study and testimony**

No study has been commissioned; time spent testifying will be paid at the hourly rate set by the Court.

**D.**    **Qualifications of the witness**

Brady Edwards is the managing partner of the law firm of Edwards Burns & Krider LLP. He is admitted to practice in numerous federal courts, including the United States Supreme Court, as well as all Texas state courts. Mr. Edwards also clerk for Honorable Richard A. Schell, former Chief Judge for the Eastern District of Texas. He has been named a Super Lawyer by *Texas Monthly* magazine and is A-V rated by Martindale-Hubbell.

Mr. Edwards has been an attorney for numerous Fair Labor Standard Act cases, including collective actions involving hundreds of plaintiffs. Mr. Edwards has over ten years worth of extensive practice in all stages of litigation at both the federal and state level. He defended power generator entities in numerous California consumer class action lawsuits involving market gaming allegations, including drafting of the successful motion for creation of California Electricity Antitrust Litigation MDL. Mr. Edwards also successfully defended President George W. Bush and Vice-President Richard Cheney through trial and appeal in two contests to the 2000 presidential election. The basis of his opinion in this case is his knowledge, skill, experience, training, and education with respect to civil litigation, in addition to his review of any documents provided to him. Mr. Edwards' resume is attached hereto as Exhibit A.

**E.**    **Listing of other cases in which the witness has testified as an expert in depositions or at trial**

None.

**F.**    **Listing of all publications authored by the witness within the preceding ten years**

| ARTICLE | PUBLISHER/VENUE | DATE |
| --- | --- | --- |
| The Hazards of For-Profit Asbestos Screenings | The Legal News | August 2005 |

2

A.    **Experts Name and Contract Information**

>   Sandra Thourot Krider
>   EDWARDS BURNS & KRIDER LLP
>   1000 Louisiana, Suite 1300
>   Houston, Texas 77002
>   (713) 339-3233
>   (713) 339-2233 (facsimile)

Ms. Krider may testify as to the reasonableness, necessity, and amount of attorneys' fees in this case.

B.    **Data or other information considered by the witness in forming his opinion, and any exhibits to be used as a summary of or support of the opinions**

*See* the filings and documents exchanged in this matter.

C.    **Compensation to be paid for the study and testimony**

No study has been commissioned; time spent testifying will be paid at the hourly rate set by the Court.

D.    **Qualifications of the witness**

Sandra Thourot Krider is a partner in the law firm of Edwards Burns & Krider LLP. She is admitted to practice in numerous federal courts, including the United States Supreme Court, as well as all Texas state courts. She has been named a Rising Star by the *Texas Monthly* magazine and named as one of "Lawyers on the Fast Track 2004" by *H-Texas* magazine. She is also A-V rated by Martindale-Hubbell

Ms. Krider has been an attorney for numerous Fair Labor Standard Act cases, including collective actions involving hundreds of plaintiffs. Ms. Krider has experience in all stages of litigation at both the federal and state level. She also has extensive appellate experience, having made oral arguments before First, Ninth, and Fourteenth Court of Appeals for Texas and the United States Court of Appeals for the Fifth Circuit. Ms. Krider was lead counsel in the United States Supreme Court for the National Employment Lawyers Association's *amici curiae* brief in *Tum v. Barber Foods* and did substantial work on drafting the successful writ of certiorari and United States Supreme Court appellate brief for *Douglas Spector v. Norwegian Cruise Lines*. The basis of her opinion is her knowledge, skill, experience, training, and education with respect to civil litigation, in addition to her review of any documents provided to him. Ms. Krider's resume is attached hereto as Exhibit B.

E.      **Listing of other cases in which the witness has testified as an expert in depositions or at trial**

       None.

G.      **Listing of all publications authored by the witness within the preceding ten years**

       None.

**A.    Experts Name and Contract Information**

>   Richard J. Burch
>   BRUCKNER BURCH PLLC
>   5847 San Felipe, Suite 3900
>   Houston, Texas 77057
>   (713) 877-8788
>   (713) 877-8065 (facsimile)

Mr. Burch may testify as to the reasonableness, necessity and amount of attorney's fees in this case.

**B.    Data or other information considered by the witness in forming his opinion, and any exhibits to be used as a summary of or support of the opinions**

*See* the filings and documents exchanged in this matter.

**C.    Compensation to be paid for the study and testimony**

No study has been commissioned; time spent testifying will be paid at the hourly rate set by the Court.

**D.    Qualifications of the witness**

Richard J. (Rex) Burch is a shareholder in the A-V rated law firm of Bruckner Burch PLLC. He is admitted to practice in numerous federal courts, as well as all Texas state courts. Mr. Burch is a member of the Houston Young Lawyers Association and the National Employment Lawyers Association - where he currently serves as a member of the Wage and Hour Committee. Mr. Burch has also served as an adjunct professor at the University of Houston Law Center, teaching a course in civil trial advocacy.

Mr. Burch represents employers and employees in multi-party actions arising under a variety of laws governing the workplace. In addition to having successfully represented clients in jury and bench trials, Mr. Burch has successfully negotiated the dismissal of charges of discrimination, department of labor investigations and lawsuits. His cases have been featured in the American Bar Journal, National Law Journal, and various newspapers across the country. Recently, Mr. Burch was named "Super Lawyer," and "Rising Star" by the *Texas Lawyer* and *Texas Monthly* magazines. Mr. Burch's resume is attached hereto as Exhibit C.

**E.    Listing of other cases in which the witness has testified as an expert in depositions or at trial**

None.

**F.    Listing of all publications authored by the witness within the preceding ten years**

| ARTICLE | PUBLISHER/VENUE | DATE |
|---|---|---|
| Overtime Litigation: The Plaintiff's Perspective<br>*Advanced Employment Law Seminar* | University of Houston Law Center<br>*Houston & Dallas, Texas* | March 2005 |
| Class Actions Under the Fair Labor Standards Act | Texas General Counsel's Forum<br>*Dallas, Texas* | February 2005 |
| Litigating Collective Actions Under the Fair Labor Standards Act | Houston Bar Association: Labor & Employment Section | June 2004 |
| Protecting Employee Rights under the FLSA, FMLA & Equal Pay Act (Contributing Author) | National Employment Lawyers Association<br>*San Francisco, California* | March 2003 |
| A Practitioner's Guide to Joint Employer Liability Under the FLSA | Houston Business and Tax Law Journal | December 2002 |
| Mastering the Trial Notebook in Texas (Contributing Author) | NBI, Inc.<br>*Houston, Texas* | March 2002 |

Respectfully submitted,

Steven A. Luxton
D.C. Federal Bar No. 470468
EDWARDS BURNS & KRIDER LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
410.454.0012
410.454.0146 (facsimile)

ATTORNEYS FOR PLAINTIFF LANCASTER,
THE MEMBERS OF THE COLLECTIVE ACTION CLASS AND
THE MEMBERS OF THE CLASS ACTION CLASS

OF COUNSEL:

Brady Edwards
Sandra Thourot Krider
Patrick K.A. Elkins
EDWARDS BURNS & KRIDER LLP
1000 Louisiana, Suite 1300
Houston, Texas 77002
713.339.3233
713.339.2233 (facsimile)

Richard Burch
BRUCKNER BURCH PLLC
5847 San Felipe, Suite 3900
Houston, Texas 77057
713.877.8788
713.877.8065 (facsimile)