UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **RODNEY LANCASTER,**<br>3326 Claridge Court<br>Silver Spring, Maryland 20902<br><br>INDIVIDUALLY AND ON BEHALF OF ALL<br>OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff,*<br><br>v.<br><br>**COMPUTER SCIENCES<br>CORPORATION**<br>3110 Fairview Park Drive<br>Falls Church, Virginia 22042<br><br>**Serve on:**<br>  CT Corporation System<br>  1015 15th Street N.W., Suite 1000<br>  Washington, D.C., 20005<br><br>*Defendant.* | Civil Action No. _____<br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Plaintiff Rodney Lancaster files this, his Certificate of Interested Parties, and respectfully names for the Court certain interested parties as follows:

1. Rodney Lancaster (Plaintiff)

2. Edwards Burns & Krider LLP (Plaintiff's Counsel)

3. Bruckner Burch PLLC (Plaintiff's Counsel)

4. Computer Sciences Corporation (Defendant)

Plaintiff will amend this certificate as additional parties are added to this lawsuit.

1

Respectfully submitted,

*/s/ Steven A. Luxton*
Steven A. Luxton
D.C. Federal Bar No. 470468
EDWARDS BURNS & KRIDER LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
410.454.0012
410.454.0146 (facsimile)

ATTORNEYS FOR PLAINTIFF LANCASTER

OF COUNSEL:

Brady Edwards
Sandra Thourot Krider
Patrick K.A. Elkins
EDWARDS BURNS & KRIDER LLP
1000 Louisiana, Suite 1300
Houston, Texas 77002
713.339.3233
713.339.2233 (facsimile)

Rex Burch
BRUCKNER BURCH PLLC
5847 San Felipe, Suite 3900
Houston, Texas 77057
713.877.8788
713.877.8065 (facsimile)