ORIGINAL

Computer Sciences Corp.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE Thursday 7/20/06 @ 12:25 pm |
| NAME OF SERVER (PRINT) James D. Binsted | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Served Melanie Henderson at 1015 15th St. N.W., Suite 1000, Wash. D.C. 20005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL -0- | SERVICES $75.00 flat | TOTAL $75.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/20/06
Date

Signature of Server

J. BINSTED ASSOC.
1123 GRANDIN AVE.
ROCKVILLE, MD 20851-1337
(301) 251-1160

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:06-cv-01249-PLF   Document 2   Filed 07/25/2006   Page 2 of 2
Case 1:06-cv-01248-CKK   Document 1   Filed 07/10/2006   Page 16 of 17

7/26
JB

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RODNEY LANCASTER,
3326 Claridge Court
Silver Spring, Maryland 20902

**SUMMONS IN A CIVIL CASE**

V.

COMPUTER SCIENCES CORPORATION
3110 Fairview Park Drive
Falls Church, Virginia 22042

CASE NUMBER:

TO: (Name and address of Defendant)

COMPUTER SCIENCES CORPORATION
CT Corporation System
1015 15th Street N.W., Suite 1000
Washington, D.C., 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven A. Luxton
EDWARDS BURNS & KRIDER LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
410.454.0012
410.454.0146 (facsimile)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

Attachments
1) Motion for Clerk's Entry of Default against A's Original Collective Action + Class action Compl. w/ Ex A. Civil Cover sheet