**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Rodney Lancaster,<br><br>Plaintiff,<br><br>v.<br><br>Computer Sciences Corporation,<br><br>Defendant. | Case No. 1:06 CV 01249-CKK |

**UNOPPOSED MOTION TO EXTEND COMPUTER SCIENCES CORPORATION'S RESPONSIVE PLEADING DATE**

Plaintiff Rodney Lancaster filed a putative class action alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*; D.C. Code § 32-1003. Defendant's responsive pleading was originally due on August 9, 2006. Defendant's counsel was retained within the last week and needs additional time to investigate and prepare an appropriate response to the Complaint. On August 7, 2006, defendant contacted plaintiff's counsel regarding this motion. Plaintiff's counsel indicated he would not oppose defendants request for a 14-day extension, from August 9, 2006 to August 23, 2006, to file a responsive pleading.

Thus, defendant respectfully requests that the court grant a 14-day extension for it to file a responsive pleading.

Respecfully submitted,

By: ______________________
Daniel H. Bromberg (D.C. Bar No. 442716)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000 (Telephone)
(213) 443-3100 (Facsimile)

Attorneys for Computer Sciences
Corporation

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On August 9, 2006, I served true copies of the following document(s) described as **UNOPPOSED MOTION TO EXTEND COMPUTER SCIENCES CORPORATION'S RESPONSIVE PLEADING DATE** on the parties in this action as follows:

Steven A. Luxton
Edwards Burns & Krider LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
sluxton@ebkllp.com

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from monicaascarrunz@quinnemanuel.com on August 9, 2006, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 9, 2006, at Los Angeles, California.

Monica Ascarrunz