UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rodney Lancaster,<br><br>        Plaintiff,<br><br>v.<br><br>Computer Sciences Corporation,<br><br>        Defendant. | Case No. 1:06 CV 01249-CKK |

### [PROPOSED] ORDER TO EXTEND COMPUTER SCIENCES CORPORATION'S RESPONSIVE PLEADING DATE

    This matter is before the Court upon the Unopposed Motion to Extend Computer Sciences Corporation's Responsive Pleading Date.

    This Court, being fully advised of the premise, GRANTS the Unopposed Motion to Extend Computer Sciences Corporation's Responsive Pleading Date. Computer Sciences Corporation shall file its responsive pleadings no later than August 23, 2006.

_____             _____
      DATED                                                         JUDGE COLLEN KOLLAR-KOTELLY

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On August 9, 2006, I served true copies of the following document(s) described as **[PROPOSED] ORDER TO EXTEND COMPUTER SCIENCES CORPORATION'S RESPONSIVE PLEADING DATE** on the parties in this action as follows:

Steven A. Luxton
Edwards Burns & Krider LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
sluxton@ebkllp.com

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from monicaascarrunz@quinnemanuel.com on August 9, 2006, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 9, 2006, at Los Angeles, California.

Monica Ascarrunz