UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rodney Lancaster,<br><br>    Plaintiff,<br><br>v.<br><br>Computer Sciences Corporation,<br><br>    Defendant. | Case No. 1:06 CV 01249-CKK |

## COMPUTER SCIENCES CORPORATIONS DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

  Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

  I, the undersigned, counsel of record for Computer Sciences Corporation, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Computer Sciences Corporation which have any outstanding securities in the hands of the public.

  These representations are made in order that judges of this court may determine the need for recusal.

Respecfully submitted,

By: /s/ Daniel H. Bromberg /ACB
Daniel H. Bromberg (D.C. Bar No. 442716)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000 (Telephone)
(213) 443-3100 (Facsimile)

Attorneys for Computer Sciences Corporation

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On August 9, 2006, I served true copies of the following document(s) described as **COMPUTER SCIENCE CORPORATIONS DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS** on the parties in this action as follows:

Steven A. Luxton
Edwards Burns & Krider LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
sluxton@ebkllp.com

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from monicaascarrunz@quinnemanuel.com on August 9, 2006, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 9, 2006, at Los Angeles, California.

_____
Monica Ascarrunz