UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RODNEY LANCASTER,** § § | | |
| INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, § § § | Civil Action No. 1:06-cv-01249-PLF | |
| *Plaintiff,* § § | | |
| v. § § | **JURY TRIAL DEMANDED** | |
| **COMPUTER SCIENCES CORPORATION** § § § § | | |
| *Defendant.* § § | | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Motion for Admission *Pro Hac Vice* seeking permission for Patrick K.A. Elkins to appear in this action as counsel for Rodney Lancaster, individually and on behalf of all others similarly situated, having been heard and considered,

**IT IS ORDERED** that Patrick K.A. Elkins is admitted to appear pro hac vice in the above-captioned case on behalf of Rodney Lancaster, individually and on behalf of all others similarly situated.

Signed this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE