# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

Rodney Lancaster,

               Plaintiff,

v.

Computer Sciences Corporation,

               Defendant.

Case No.  1:06 CV 01249-CKK

## [PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION

The motion requesting permission for Shon Morgan to appear in this action as counsel for Computer Sciences Corporation having been considered is hereby granted.

IT IS ORDERED that Shon Morgan be admitted to appear *pro hac vice* with respect to the above-captioned case on behalf of Computer Sciences Corporation.

_____
DATED

_____
JUDGE COLLEN KOLLAR-KOTELLY