UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rodney Lancaster,<br><br>              Plaintiff,<br><br>v.<br><br>Computer Sciences Corporation,<br><br>              Defendant. | Case No.  1:06 CV 01249-CKK |

## MOTION FOR *PRO HAC VICE* ADMISSION

Daniel H. Bromberg, attorney of record for defendant Computer Sciences Corporation, moves this Court to enter an order permitting Allison Burkholder to appear and participate in the referenced case, including trial, *pro hac vice*, pursuant to Local Rule 83.2  As the attached declaration demonstrates, Ms. Burkholder is a member in good standing of the California bar, she has never been disciplined by any Bar or Court, she has never applied *pro hac vice* to this Court and not does practice law in the District of Columbia.  A declaration in support of this motion for admission *pro hac vice* executed by Ms. Burkholder is attached as Exhibit A.

20238/1937380.1

Respecfully submitted,

By: *Daniel H. Bromberg/ALB*
Daniel H. Bromberg (D.C. Bar No. 442716)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000 (Telephone)
(213) 443-3100 (Facsimile)

Attorneys for Computer Sciences Corporation