UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rodney Lancaster,<br><br>                Plaintiff,<br><br>v.<br><br>Computer Sciences Corporation,<br><br>                Defendant. | Case No. 1:06 CV 01249-CKK |

## DECLARATION OF ALLISON BURKHOLDER IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Allison Burkholder, declare as follows:

1. I am a member of the bar of the State of California and an associate at Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Computer Sciences Corporation. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I am a member of Quinn Emanuel Urquhart Oliver & Hedges, LLP. My address is: 865 South Figueroa St., 10th Floor, Los Angeles, California 90017, Telephone (213) 443-3000.

3. I have been admitted to the State Bar of California.

4. I certify that I have never been disciplined by any Bar or Court.

5. I have never been admitted to this Court *pro hac vice*.

20238/1937383.1

6.  I do not practice law from an office in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 13, 2006, at Los Angeles, California.

_____
Allison Burkholder