# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

Rodney Lancaster,

          Plaintiff,

v.

Computer Sciences Corporation,

          Defendant.

Case No.  1:06 CV 01249-CKK

## [PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION

The motion requesting permission for Allison Burkholder to appear in this action as counsel for Computer Sciences Corporation having been considered is hereby granted.

IT IS ORDERED that Allison Burkholder be admitted to appear *pro hac vice* with respect to the above-captioned case on behalf of Computer Sciences Corporation.


DATED

JUDGE COLLEN KOLLAR-KOTELLY

20238/1937391.1