UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| RODNEY LANCASTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1249 (PLF) |
| ) | |
| COMPUTER SCIENCES ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

SCHEDULING ORDER

The parties filed a Joint Report pursuant to Local Rule 16.3 on November 2, 2006. Based upon the Rule 16.3 Joint Report submitted to the Court and the representations of counsel, it is hereby ORDERED that

1. Any motion to amend the pleadings or join additional parties shall be made by January 15, 2007, excluding the joinder of any additional plaintiff who may opt-in if the Court certifies this case as a collective action and/or who may be class members if the Court certifies this case as a class action.

2. Fact discovery shall be completed by March 30, 2007. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

3. Each party is limited to a maximum of 25 interrogatories to any other party. Responses to all interrogatories are due 30 days after service.

4. Each party is limited to a maximum of 10 depositions, to last no more than

one day of seven hours. Pursuant to Rule 30(d)(2) of the Federal Rules of Civil Procedure, the parties may request flexibility in the duration of depositions if needed to ensure a fair examination of deponents.

5. The parties agree to waive disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

6. Disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by March 30, 2007.

7. Disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by April 30, 2007.

8. Depositions of each party's retained experts shall be completed by May 14, 2007.

9. Dispositive motions shall be filed on or before April 20, 2007; oppositions by May 7, 2007; and replies, if any, by May 15, 2007.

10. Plaintiff's Motion to Conditionally Certify Classes shall be filed, if at all, on or before February 28, 2007, with the opposition and the reply briefs to be due pursuant to Local Rule 7. If such motion is filed and the parties wish to change any other deadline in this Scheduling Order as a result, they should file a motion so stating at that time.

11. Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court. If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers. Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

12. A status conference is scheduled for June 8, 2007 at 9:30 a.m.

13.  Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

14.  Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 11/3/06