UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rodney Lancaster,<br><br>               Plaintiff,<br><br>v.<br><br>Computer Sciences Corporation,<br><br>               Defendant. | Case No.  1:06 CV 01249-CKK |

## NOTICE OF ERRATA REGARDING JOINT STATUS REPORT

      The Joint Report inadvertently failed to include a responsive statement from Computer Sciences Corporation regarding a brief statement of the case. Accordingly, on page 2, Paragraph 1, the sentence that begins "In response, Computer Sciences Corporation asserts ....." should read: Computer Sciences Corporation denies that it failed to pay Rodney Lancaster or any other putative class member for overtime hours in violation of the FLSA or state wage and hour laws. Computer Sciences Corporations also contends that Lancaster's claim is not appropriate for class or collective action treatment.

Respecfully submitted,

By: /s/ Allison Burkholder
Daniel H. Bromberg (D.C. Bar No. 442716)
Shon Morgan (pro hac vice)
Allison L. Burkholder (pro hac vice)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000 (Telephone)
(213) 443-3100 (Facsimile)

Attorneys for Computer Sciences Corporation

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On November 6, 2006, I served true copies of the following document(s) described as **Notice of Errata Regarding Joint Status Report** on the parties in this action as follows:

Steven A. Luxton, Esq.
Edwards Burns & Krider LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
sluxton@ebkllp.com

**BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from monicaascarrunz@quinnemanuel.com on November 6, 2006, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 6, 2006, at Los Angeles, California.

Monica Ascarrunz

20171