UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RODNEY LANCASTER,** § § | | |
| INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, § § § | Civil Action No. 1:06-cv-01249-PLF | |
| *Plaintiff,* § § § | | |
| v. § | **JURY TRIAL DEMANDED** | |
| **COMPUTER SCIENCES CORPORATION** § § § § | | |
| *Defendant.* § § | | |

**UNOPPOSED MOTION
FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Steven Luxton, Brady Edwards, Sandra T. Krider, Patrick K.A. Elkins, and the law firm of Edwards, Burns & Krider, LLP file this unopposed motion for withdrawal and substitution of counsel, and would show the Court as follows:

Steven Luxton, Brady Edwards, Sandra T. Krider, Patrick K.A. Elkins, and the law firm of Edwards, Burns & Krider, LLP currently represent the plaintiff in the above-entitled cause. Effective January 1, 2007, Steven Luxton, Brady Edwards, Sandra T. Krider and Patrick K.A. Elkins expect to be joining a new law firm and therefore need to withdraw from this case. Richard J. Burch will be taking over as attorney-in-charge for the Plaintiff in this case. Mr. Burch is a competent attorney with significant experience representing plaintiffs in Fair Labor Standards Act matters.

Mr. Burch's contact information is as follows:

Richard J. Burch
Texas Bar No. 24001807
BRUCKNER BURCH PLLC
1000 Louisiana, Suite 1300

Houston, Texas 77002
(713) 877-8788
(713) 877-8065 (facsimile)

The withdrawal and substitution will not delay these proceedings.

For these reasons, Steven Luxton, Brady Edwards, Sandra T. Krider, Patrick K.A. Elkins and the law firm of Edwards, Burns & Krider, LLP ask that this Court grant their motion to withdraw and substitute Richard J. Burch as attorney in charge for Plaintiff.

Respectfully submitted,

_____
Steven A. Luxton (DC Bar No. 470468)
Patrick K.A. Elkins (TX0038)
EDWARDS BURNS & KRIDER LLP
201 North Charles Street, Suite 1402
Baltimore, MD 21201
(410) 454-0012
(410) 454-0146 (facsimile)

*Withdrawing Counsel for Plaintiff*

_____
Richard J. Burch
Texas Bar No. 24001807
BRUCKNER BURCH PLLC
1000 Louisiana, Suite 1300
Houston, Texas 77002
(713) 877-8788
(713) 877-8065 (facsimile)

*Substituting Counsel for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 27, 2006, Sandra T. Krider, an attorney with Edwards, Burns & Krider, LLP conferred with Shon Morgan, counsel for Defendant, who indicated that he is not opposed to the relief requested in this motion.

*Steven Luxton*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2006, a copy of the forgoing document was served pursuant to the Federal Rules of Civil Procedure by first-class mail, postage prepaid to the following:

Shon Morgan
Daniel Bromberg
Allison L. Burkholder
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa St, 10th Floor
Los Angeles, CA 90017

*Steven Luxton*