UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RODNEY LANCASTER,** | § § | |
| INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § | Civil Action No. 1:06-cv-01249-PLF |
| *Plaintiff*, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| **COMPUTER SCIENCES CORPORATION** | § § § § | |
| *Defendant*. | § § | |

## ORDER ON MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

On this day came to be heard the motion for withdrawal and substitution of counsel filed by Steven Luxton, Brady Edwards, Sandra T. Krider, Patrick K.A. Elkins, and the law firm of Edwards, Burns & Krider, LLP. The motion is hereby GRANTED. Steven Luxton, Brady Edwards, Sandra T. Krider, Patrick K.A. Elkins and the law firm of Edwards, Burns & Krider are discharged from further responsibility in this case. Richard J. Burch is hereby substituted as attorney-in-charge for Plaintiffs.

It is so ORDERED.

SIGNED this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE