UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODNEY LANCASTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMPUTER SCIENCES )<br>  CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1249 (PLF) |

ORDER

This matter is before the Court on plaintiff's unopposed motion for withdrawal and substitution of counsel ("Mot."). Plaintiff's current counsel seeks to withdraw all current counsel of record and to substitute new counsel. The counsel that plaintiff proposes to substitute provides only a Texas Bar number. See Mot. at 1. Local Civil Rule 83.2(c) provides that "[a]n attorney who is a member in good standing of the bar of any United States Court or of the highest court of any state, but who is not a member of the Bar of this Court, may file papers in this Court *only if such attorney joins of record a member in good standing of the Bar of this Court.*" Local Civil Rule 83.2(c)(1) (emphasis added); see also Local Civil Rule 83.2(d). Accordingly, plaintiff's motion is denied. Plaintiff's counsel may file another motion to withdraw and substitute counsel in this matter which shall include counsel who is a member of the Bar of this Court. It is hereby

ORDERED that plaintiff's motion [13] for withdrawal and substitution of counsel is DENIED.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  January 3, 2007