IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RODNEY LANCASTER,                )
                                 )
    Plaintiff,                   )
                                 )
v.                               )   Case No. 1:06 CV 01249-CKK
                                 )
COMPUTER SCIENCES                )
    CORPORATION,                 )
                                 )
    Defendant.                   )

## NOTICE OF APPEARANCE

**THE CLERK WILL PLEASE** note the appearance of Dawn E. Boyce of Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C., 3920 University Drive, Fairfax, Virginia 22030, as counsel for Rodney Lancaster in this matter.

                                                                     **RODNEY LANCASTER,**
                                                                     By Counsel

**TRICHILO, BANCROFT, McGAVIN,**
    **HORVATH & JUDKINS, P.C.**
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000 (telephone)
(703) 385-1555 (facsimile)

_____
Dawn E. Boyce, Esquire
D.C. Bar No.: 440010
Allyson C. Kitchel, Esquire
D.C. Bar No.: 496687
*Counsel for Rodney Lancaster*