UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RODNEY LANCASTER,** § § | | |
| INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, § § § | | Civil Action No. 1:06-cv-01249-PLF |
| *Plaintiff*, § § | | |
| v. § | | **JURY TRIAL DEMANDED** |
| **COMPUTER SCIENCES CORPORATION** § § § § | | |
| *Defendant*. § | | |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Steven Luxton, Brady Edwards, Sandra T. Krider, and Patrick K.A. Elkins, formerly of the law firm of Edwards, Burns & Krider, LLP, and Richard J. Burch and the law firm of Bruckner Burch, PLLC file this unopposed motion for withdrawal, and would show the Court as follows:

Steven Luxton, Brady Edwards, Sandra T. Krider, Patrick K.A. Elkins, formerly of the law firm of Edwards, Burns & Krider, LLP, represented the plaintiff in the above-entitled cause. Effective January 1, 2007, Steven Luxton, Brady Edwards, Sandra T. Krider and Patrick K.A. Elkins joined a new law firm and therefore need to withdraw from this case. Richard J. Burch and the law firm of Bruckner Burch, PLLC were co-counsel in this case and are now also seeking withdrawal. Dawn E. Boyce, Allyson Kitchell, and the law firm of Trichilo, Bancroft, McGavin, Horvath, & Judkins, PC are taking over as attorneys for Plaintiff in this case. Plaintiff's new counsel are competent attorneys more than capable of adequately representing Plaintiff.

Plaintiff's new counsel's contact information is as follows:

Dawn E. Boyce
Allyson Kitchell
Trichilo, Bancroft, McGavin, Horvath, & Judkins, PC
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000
(703) 385-1555 (facsimile)

The withdrawal will not delay these proceedings and Plaintiff has consented to the withdrawal. Ms. Boyce has already appeared in this case.

For these reasons, Steven Luxton, Brady Edwards, Sandra T. Krider, Patrick K.A. Elkins, formerly of the law firm of Edwards, Burns & Krider, LLP and Richard J. Burch and the law firm of Bruckner Burch, PLLC ask that this Court grant their motion to withdraw and substitute Richard J. Burch as attorney in charge for Plaintiff.

Respectfully submitted,

_____
Steven A. Luxton (DC Bar No. 470468)
Patrick K.A. Elkins (TX0038)
Brady Edwards
Sandra T. Krider
1000 Louisiana, Suite 1300
Houston, Texas 77002
713.339.3233
713.339.2233(facsimile)


_____
Richard J. Burch
Texas Bar No. 24001807
BRUCKNER BURCH PLLC
1000 Louisiana, Suite 1300
Houston, Texas 77002
(713) 877-8788
(713) 877-8065 (facsimile)

*Withdrawing Counsel for Plaintiff*

### CERTIFICATE OF CONFERENCE

I hereby certify that on December 27, 2006, Sandra T. Krider conferred with Shon Morgan, counsel for Defendant, who indicated that he is not opposed to the relief requested in this motion.

_____
Sandra T. Krider

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2007, a copy of the forgoing document was served pursuant to the Federal Rules of Civil Procedure by first-class mail, postage prepaid to the following:

Shon Morgan
Daniel Bromberg
Allison L. Burkholder
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa St, 10th Floor
Los Angeles, CA 90017

_/s/ Patrick Elkins_
Patrick K.A. Elkins