UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RODNEY LANCASTER**, | § | |
| | § | |
| INDIVIDUALLY AND ON BEHALF OF ALL | § | Civil Action No. 1:06-cv-01249-PLF |
| OTHERS SIMILARLY SITUATED, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| **COMPUTER SCIENCES** | § | |
| **CORPORATION** | § | |
| | § | |
| *Defendant*. | § | |

## ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL

On this day came to be heard the motion for withdrawal as counsel for the plaintiff filed by Steven Luxton, Brady Edwards, Sandra T. Krider, Patrick K.A. Elkins, formerly of the law firm of Edwards, Burns & Krider, LLP and Richard J. Burch and the law firm of Bruckner Burch, PLLC.  The motion is hereby GRANTED.  Steven Luxton, Brady Edwards, Sandra T. Krider, Patrick K.A. Elkins, formerly of law firm of Edwards, Burns & Krider, LLP, and Richard J. Burch and the law firm of Bruckner Burch, PLLC are discharged from further responsibility in this case.

It is so ORDERED.

SIGNED this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE