IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODNEY LANCASTER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06 CV 01249-CKK |
| COMPUTER SCIENCES CORPORATION, | ) |
| Defendant. | ) |

### NOTICE OF WITHDRAWAL

**THE CLERK WILL PLEASE** note the withdrawal of Dawn E. Boyce of Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C., 3920 University Drive, Fairfax, Virginia 22030, as counsel for Rodney Lancaster, with his consent, in this matter pursuant to Local Rule 83.6(b).

RODNEY LANCASTER,
By Counsel

TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000 (telephone)
(703) 385-1555 (facsimile)

_____
Dawn E. Boyce, Esquire
D.C. Bar No.: 440010
Allyson C. Kitchel, Esquire
D.C. Bar No.: 496687
*Counsel for Rodney Lancaster*