IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RODNEY LANCASTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:06 CV 01249-PLF |
| ) | |
| **COMPUTER SCIENCES** ) | |
| **CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

### CONSENT MOTION TO CONTINUE STATUS CONFERENCE

COMES NOW, Rodney Lancaster, by counsel, and moves this Honorable Court for an order continuing the status conference presently set for May 18, 2007 at 9:30 am, and in and for its Memorandum and Points of Authorities in support thereof, states as follows:

1. This matter is scheduled for a status hearing on May 18, 2007.

2. The parties to this litigation have mutually agreed to a settlement.

3. Settlement papers are currently being prepared to facilitate payment of the settlement funds and to execute a release of all claims.

4. The parties anticipate that this matter will be dismissed in its entirety with prejudice within the next thirty days.

5. The parties do not believe the logistics of executing the settlement can be resolved by May 18, 2007.

6. Counsel for the parties conferred by telephone on Tuesday, May 8, 2007 and agreed to seek this court's consent to a continuation of this matter.

WHEREFORE, the parties jointly request that this Honorable Court grant this motion and continue this matter to June 29, 2007, in anticipation that prior to that date, the matter will be dismissed from the court's docket with prejudice.

**RODNEY LANCASTER,**
By Counsel

**TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C.**
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000 (telephone)
(703) 385-1555 (facsimile)

_____
Allyson Q. Kitchel, Esquire
D.C. Bar No.: 496687
*Counsel for Rodney Lancaster*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODNEY LANCASTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMPUTER SCIENCES )<br>CORPORATION, )<br>)<br>Defendant. ) | Case No. 1:06 CV 01249-CKK |

## ORDER GRANTING MOTION TO CONTINUE STATUS CONFERENCE

THIS MATTER came before the Court upon motion of the parties, by counsel, for continuance of the status conference date based on a settlement of the dispute between the parties, and it appearing to the Court that said motion is agreed to by counsel for the Plaintiff and for the Defendant, it is

ORDERED that this case be and hereby is continued until June 29, 2007.

ENTERED this ___ day of May, 2007.

_____
JUDGE