UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODNEY LANCASTER, )<br>        Plaintiff, )<br>v. )<br>COMPUTER SCIENCES )<br>  CORPORATION, )<br>        Defendant. ) | Civil Action No. 06-1249 (PLF) |

ORDER

On May 11, 2007, plaintiff filed a consent motion to continue a status conference informing the Court that this case had been settled. Accordingly, it is hereby

ORDERED that this case is DISMISSED. The dismissal shall be without prejudice until June 30, 2007. If settlement is not consummated before that date, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed with prejudice.

SO ORDERED.

                                                                /s/
                                             PAUL L. FRIEDMAN
                                             United States District Judge

DATE: May 16, 2007