IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODNEY LANCASTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:06 CV 01249-CKK |
| COMPUTER SCIENCES CORPORATION, | ) ) ) ) |
| Defendant. | ) ) |

### PRAECIPE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), will the clerk please note that the parties have resolved this matter and mutually agree that it should be dismissed, with prejudice.

                                                                                                 RODNEY LANCASTER and COMPUTER SCIENCES CORPORATION,
                                                                                                  By Counsel

TRICHILO, BANCROFT, McGAVIN,
    HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000 (telephone)
(703) 385-1555 (facsimile)

_____
Allyson C. Kitchel, Esquire
D.C. Bar No.: 496687
*Counsel for Rodney Lancaster*

**QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*/s/ Allison Burkholder*
Allison Burkholder (admitted *pro hac vice*)
CA Bar No.: 222955
*Counsel for Computer Sciences Corporation*